```
                    FILED
           CLERK, U.S. DISTRICT COURT

                  JUL 18 2016

           CENTRAL DISTRICT OF CALIFORNIA
           BY                       DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>JOHN ANTONIO<br>       DACOSTA<br>   Defendant. | Case No.: CR-08-284(b)-DSF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist, CA__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __new criminal allegations while on sup. release;__ __no verified background info or bail resources__

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 7/18/16

*[signature]*

UNITES STATES MAGISTRATE JUDGE
PAUL L. ABRAMS